**Julie A. GASKINS, Plaintiff–Appellant,**

v.

**Omotayo ABIODUN, Principal, Garrett Heights Elementary Middle School; Baltimore City Public Schools; Baltimore City Schools Board of School Commissioners; Mayor & City Council of Baltimore, Defendants–Appellees.**

No. 16–1066.

United States Court of Appeals, Fourth Circuit.

Submitted: May 18, 2016.

Decided: May 20, 2016.

Julie A. Gaskins, Appellant Pro Se. Tamal Ajani Banton, Darnell Lamar Henderson, Baltimore City Public Schools, Baltimore, Maryland; Robert D. Anbinder, Baltimore City Law Department, Baltimore, Maryland, for Appellees.

Before SHEDD, DIAZ, and HARRIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Julie A. Gaskins appeals the district court's order denying relief in her civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Gaskins v. Abiodun,* No. 1:15–cv–02961–JKB (D.Md. Jan. 15, 2016). We

dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*